UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| BLAKE Z. FRENCH, | ) | |
| | ) | Case No. CV06-1058-PHX-FJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER |
| | ) | GRANTING MOTION OF |
| LITTON LOAN SERVICING LP, a | ) | DISMISSAL WITH PREJUDICE |
| Texas corporation; EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC., an | ) | |
| Ohio corporation; TRANS UNION, LLC, a | ) | |
| Delaware limited liability company; and | ) | |
| EQUIFAX INFORMATION SERVICES | ) | |
| LLC, a Georgia limited liability company; | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to an agreed motion entered into between the Plaintiff and Defendant Equifax Information Services LLC ("Equifax"), stating that the above-entitled action against Equifax has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the plaintiff against Equifax are hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

DATED this 17th day of August, 2006.

Frederick J. Martone
Frederick J. Martone
United States District Judge