# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Blake Z. French, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Litton Loan Servicing LP, a Texas corporation; Experian Information Solutions, Inc., an Ohio corporation; Trans Union, L.L.C., a Delaware limited liability company; and Equifax Information Services LLC, a Georgia limited liability company,<br><br>Defendants. | CASE NO. CV-06-1058-PHX-FJM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Upon the stipulation of the parties, pursuant to Federal Rule of Civil Procedure 41(a),

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc. shall be dismissed with prejudice from this action. Plaintiff and Defendant shall each bear his or its own attorneys' fees and costs incurred herein.

Dated this 15th day of September, 2006.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge