Phillip R. Wooten (Arizona State Bar No. 007006)
PHILLIP R. WOOTEN, P.C.
3413 East Equestrian Trail
Phoenix, Arizona 85044-3403
Telephone: (480) 598-4330
Facsimile: (480) 598-4331

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| BLAKE Z. FRENCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LITTON LOAN SERVICING, LP, a Texas corporation; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; TRANS UNION LLC, a Delaware limited liability company; and EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. CV06-010584-PHX-FJM<br><br>[Assigned to The Honorable Frederick J. Martone]<br><br>Complaint Filed: April 17, 2006<br><br>**STIPULATION AND ORDER DISMISSING ACTION AGAINST DEFENDANT TRANS UNION LLC** |

Plaintiff Blake Z. French and Defendant Trans Union LLC have negotiated a settlement in this case. The parties agree to stipulate to dismiss the case against Trans Union LLC with prejudice.

**SO STIPULATED.**

DATED: August 23, 2006        MICHAEL C. SHAW, PLLC

_____
Michael C. Shaw
Attorney for Plaintiff

///

492691.1

1

DATED: August 29, 2006  PHILIP R. WOOTEN, P.C.

By: _____
Philip R. Wooten
Attorneys for Trans Union LLC

**SO ORDERED.**

DATED this 15th day of September, 2006.

_____
Frederick J. Martone
United States District Judge

492691.1

2