# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Blake Z. French, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Litton Loan Servicing, LP, a Texas corporation; et al.,<br><br>　　　　　Defendants. | NO. CV06-1058-PHX-FJM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(Assigned to the Honorable Frederick J. Martone) |

This matter having come before the Court on the parties' Stipulation for Dismissal With Prejudice, and good cause appearing therefore;

**IT IS HEREBY ORDERED** dismissing this matter in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 11th day of March, 2008.

　　　　　　　　　　　_Frederick J. Martone_
　　　　　　　　　　　Frederick J. Martone
　　　　　　　　　　　United States District Judge